

**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ .83 |
| Certified Fee | 2.30 |
| Return Reciept Fee (Endorsement Required) | 1.75 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 4.88 |

Sent To
LOREN MEYERS
DEPUTY ATTORNEY GENERAL
Street, Apt. No.; or PO Box No.
DEPARTMENT OF JUSTICE
820 N. FRENCH STREET
City, State, ZIP+4
WILMINGTON, DE 19801

PS Form 3800, June 2002     See Reverse for Instructions

7002 2030 0003 0326 8550