IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| **JONATHAN G. DAHMS**, | ) | |
| | ) | |
| Petitioner | ) | |
| | ) | |
| v. | ) | Civ. Act. No. 04-1390-GMS |
| | ) | |
| **LARRY McGUIGAN**, Warden, | ) | |
| | ) | |
| Respondent | ) | |

## NOTICE OF FILING OF STATE COURT RECORDS

Respondent files herewith certified copies of the following Delaware Supreme Court documents:

1. Case No. 100, 2004

    a. Opening brief and appendix

    b. Answering brief and appendix

    c. Order (Aug. 17, 2004)

                                          /s/ **LOREN C. MEYERS**
                                          Loren C. Meyers
                                          Chief of Appeals Division
                                          Department of Justice
                                          820 N. French Street
                                          Wilmington, DE  19801
                                          (302) 577-8500
                                          Del. Bar ID 2210
                                          loren.meyers@state.de.us

June 20, 2005

## CERTIFICATE OF SERVICE

The undersigned, being a member of the Bar of the United States District Court for the District of Delaware, hereby certifies that on June 20, 2005,

1. He caused two copies of the attached document (Notice of Filing of State Court Records) and one copy of the state court documents listed therein to be deposited in the United States Mail, first class postage prepaid, addressed to the following non-registered participant:

Jonathan Dahms
2801 Benner St.
Philadelphia, PA  19137

2. He electronically filed the Notice of Filing of State Court Records with the Clerk of the District Court using CM/ECF.

3. He caused to be delivered to the Clerk of the District Court the state court documents listed in the Notice of Filing of State Court Records.

/s/ **LOREN C. MEYERS**
Loren C. Meyers
Chief of Appeals Division
Department of Justice
820 N. French Street
Wilmington, DE  19801
(302) 577-8500
Del. Bar ID 2210
loren.meyers@state.de.us